### 14433. HALL *v.* THE STATE.

PER CURIAM. 1. There was some evidence to authorize the verdict, which has the approval of the trial judge.

2. None of the special grounds of the motion for a new trial requires another hearing of the case.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur. Luke, J., dissents.*

DECIDED MAY 17, 1923.

Indictment for rape — conviction of assault and battery; from Appling superior court — Judge Highsmith. February 24, 1923.

*V. E. Padgett,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general,* contra.

LUKE, J., dissenting. The defendant was tried upon an indictment charging rape. The jury convicted him of assault and battery. Under the evidence in this case, a verdict of assault and battery was unauthorized. It is clear from the evidence that the illicit relation of the parties was agreed to. It was, in my opinion, therefore, error to overrule the motion for a new trial.